**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**
\

**EDDIE S. MORSE**                                                                  **PLAINTIFF**

**VS.**                                   **CASE NO. 3:09CV00153 JMM**

**GARY VINSON, ET AL.**                                                        **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this date all of plaintiff's claims against defendants are

dismissed with prejudice.

IT IS SO ORDERED THIS __27__ day of __January__, 2010.

_____

James M. Moody
United States District Judge